UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61155-CIV-DIMITROULEAS

FRANCISCA D. LOCICERO,

    Plaintiffs,

vs.

GREENSKY, LLC, *et al*,

    Defendants.

_____/

## ORDER OF DISMISSAL OF DEFENDANTS GREENSKY, LLC AND INTRUST BANK, N.A.

THIS CAUSE is before the Court upon the Joint Notice of Voluntary Dismissal With Prejudice Only as to Defendants Greensky, LLC and Intrust Bank, N.A. (the "Notice") [DE 32], filed herein on September 21, 2020. The Court has carefully reviewed the Notice [DE 32] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 32] is **APPROVED**; and

2. Defendants Greensky, LLC and Intrust Bank, N.A. is hereby **DISMISSED WITH PREJUDICE**;

3. This case remains open and pending as to the remaining Defendant.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record