UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61155-CIV-DIMITROULEAS

FRANCISCA D. LOCICERO,

    Plaintiffs,

vs.

GREENSKY, LLC, *et al*,

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc. [DE 35], (the "Stipulation"), filed herein on September 25, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 35] is **APPROVED**;

2. All claims against Defendant Experian Information Solutions, Inc. are **DISMISSED** with prejudice;

3. As all claims against all defendants have been dismissed, *see* [DE 34], the Clerk is directed to **CLOSE** this case and **DENY as moot** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record